**Fill in this information to identify the case:**

Debtor name Wilmington Realty LLC

United States Bankruptcy Court for the: ____________ District of DE (State)

Case number (If known): ____________

❑ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B* ........ $ 4,512,389.02

1b. **Total personal property:**
Copy line 91A from *Schedule A/B* ........ $ 23,210.51

1c. **Total of all property:**
Copy line 92 from *Schedule A/B* ........ $ 4,535,599.53

**Part 2: Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ........ $ 3,074,243.59

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F* ........ $ 1,100.00

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ........ + $ 144,533.86

4. **Total liabilities** ........
Lines 2 + 3a + 3b ........ $ 3,219,877.45

**Fill in this information to identify the case:**

Debtor name: Wilmington Realty LLC

United States Bankruptcy Court for the: ____________ District of DE (State)

Case number (If known): ____________

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|
| 2. **Cash on hand** | $ 0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America | Checking | 7070 | $ 122.51 |
| 3.2. | Chase | Savings | 9562 | $ 23,000.00 |

4. **Other cash equivalents** *(Identify all)*

4.1. ____________ $____________

4.2. ____________ $____________

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. $ 23,122.51

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. ____________ $____________

7.2. ____________ $____________

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1.______ $______

8.2.______ $______

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81. $ 0.00

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 0 | – | 0 | = ........➔ | $ |
| 11b. Over 90 days old: | 88.00 | – | 0 | = ........➔ | $ 88.00 |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. $ 88.00

## Part 4: Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1. | | $ |
| 14.2. | | $ |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity: % of ownership: | | |
| 15.1. ____ % | | $ |
| 15.2. ____ % | | $ |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| 16.1. | | $ |
| 16.2. | | $ |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83. $ 0.00

Debtor Wilmington Realty LLC
Name
Case number (*if known*)

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| | | MM / DD / YYYY | $ | | $ |
| 20. | **Work in progress** | | | | |
| | | MM / DD / YYYY | $ | | $ |
| 21. | **Finished goods, including goods held for resale** | | | | |
| | | MM / DD / YYYY | $ | | $ |
| 22. | **Other inventory or supplies** | | | | |
| | | MM / DD / YYYY | $ | | $ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84. $ 0.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value ______ Valuation method______ Current value______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops—either planted or harvested** | | | |
| | | $ | | $ |
| 29. | **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| | | $ | | $ |
| 30. | **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | | $ | | $ |
| 31. | **Farm and fishing supplies, chemicals, and feed** | | | |
| | | $ | | $ |
| 32. | **Other farming and fishing-related property not already listed in Part 6** | | | |
| | | $ | | $ |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85. $ 0.00

34. **Is the debtor a member of an agricultural cooperative?**
- ☐ No
- ☐ Yes. Is any of the debtor's property stored at the cooperative?
  - ☐ No
  - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ☐ Yes. Book value $____________ Valuation method ________________ Current value $____________

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
- ☐ No
- ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
- ☑ No. Go to Part 8.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| ______________ | $__________ | __________ | $__________ |
| 40. **Office fixtures** | | | |
| ______________ | $__________ | __________ | $__________ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| ______________ | $__________ | __________ | $__________ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1______________ | $__________ | __________ | $__________ |
| 42.2______________ | $__________ | __________ | $__________ |
| 42.3______________ | $__________ | __________ | $__________ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86. $ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ☐ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☑ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | $ | | $ |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| 49. **Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $ | | $ |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. $ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

- ☐ No
- ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

- ☐ No
- ☐ Yes

Debtor Wilmington Realty LLC
Name
Case number (*if known*)

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
   - ☐ No. Go to Part 10.
   - ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1 1405 Corbett Street, Wilmington, NC 28401 | Fee | $ 4,512,389.02 | FMV | $ 4,512,389.02 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. $ 4,512,389.02

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   - ☐ No
   - ☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
   - ☑ No. Go to Part 11.
   - ☐ Yes. Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89. $ 0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
   - ☐ No
   - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ☐ No
   - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ☐ No
   - ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   - ☑ No. Go to Part 12.
   - ☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
   Description (include name of obligor)
   ______ Total face amount – ______ doubtful or uncollectible amount = ➔ $______

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)
   ______ Tax year ______ $______
   ______ Tax year ______ $______
   ______ Tax year ______ $______

73. **Interests in insurance policies or annuities**
   ______ $______

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
   ______ $______
   **Nature of claim** ______
   **Amount requested** $______

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
   ______ $______
   **Nature of claim** ______
   **Amount requested** $______

76. **Trusts, equitable or future interests in property**
   ______ $______

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
   ______ $______
   ______ $______

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90. $ 0

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   - ☐ No
   - ☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 23,122.51 | | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 88.00 | | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | | |
| 88. **Real property.** *Copy line 56, Part 9.* ➔ | | | $ 4,512,389.02 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0 | | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $ 23,210.51 | + 91b. | $ 4,512,389.02 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. $ 4,535,599.53

**Fill in this information to identify the case:**

Debtor name Wilmington Realty LLC

United States Bankruptcy Court for the: ______ District of DE (State)

Case number (If known): ______

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

Column A — **Amount of claim** (Do not deduct the value of collateral.)
Column B — **Value of collateral that supports this claim**

**2.1 Creditor's name**
CoreVest American Finance Lender LLC

**Creditor's mailing address**
4 Park Plaza, Suite 900
Irvine, CA 92614

**Creditor's email address, if known**

**Date debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
All assets of the Debtor

Column A: $ 3,074,243.59 — Column B: $ 3074243.59

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**2.2 Creditor's name**
______

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
______

Column A: $______ — Column B: $______

**Describe the lien**

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $ 3,074,243.59

**Fill in this information to identify the case:**

Debtor Wilmington Realty LLC

United States Bankruptcy Court for the: ______________________ District of DE (State)

Case number (If known) ______________________

❑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ❑ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address**<br>Travis Brandow<br>2231 Dawson Cabin Road, lot 12<br>Jacksonville, NC 28540<br>**Date or dates debt was incurred**<br>____<br>**Last 4 digits of account number** ____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed<br>**Basis for the claim:** Wages<br>**Is the claim subject to offset?**<br>❑ No<br>❑ Yes | $ 1,100.00 | $ 1,100.00 |
| **2.2** **Priority creditor's name and mailing address**<br>____<br>**Date or dates debt was incurred**<br>____<br>**Last 4 digits of account number** ____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed<br>**Basis for the claim:** ____<br>**Is the claim subject to offset?**<br>❑ No<br>❑ Yes | $____ | $____ |
| **2.3** **Priority creditor's name and mailing address**<br>____<br>**Date or dates debt was incurred**<br>____<br>**Last 4 digits of account number** ____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed<br>**Basis for the claim:** ____<br>**Is the claim subject to offset?**<br>❑ No<br>❑ Yes | $____ | $____ |

Debtor Wilmington Realty LLC Case number (*if known*)
Name

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
Aayush Enterprises Inc
13779 Woodside St, Eastvale CA 92880

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Investor

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ Unknown

**3.2** **Nonpriority creditor's name and mailing address**
Alice Hypes
1612 Kanawha Blvd. East, Charleston WV 25311

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Investor

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ Unknown

**3.3** **Nonpriority creditor's name and mailing address**
Bhavin Patel Realty Trust
2 Silver Linden Lane, Worcester MA 01605

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Investor

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ Unknown

**3.4** **Nonpriority creditor's name and mailing address**
Blueclay Investment Ventures, LP
118 Annabel Rd, North Wales PA 19454

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Investor

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ Unknown

**3.5** **Nonpriority creditor's name and mailing address**
Bruce Thomas
1718 Capital Ave, Cheyenne WY 82001

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Investor

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ Unknown

**3.6** **Nonpriority creditor's name and mailing address**
BSL Investments LLC
3780 William Penn Hwy, Monroeville PA 15146

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Investor

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ Unknown

Debtor Wilmington Realty LLC Case number (if known)
Name

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7 **Nonpriority creditor's name and mailing address**
Chan San Chan
4180 Case Street, Elmhurst NY 11373

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ Liquidated and neither contingent nor disputed

**Basis for the claim:** Investor

$ Unknown

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

3.8 **Nonpriority creditor's name and mailing address**
Charles R. Myers
20113 Tontogany Rd, Bowling Green OH 43402

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** Investor

$ Unknown

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

3.9 **Nonpriority creditor's name and mailing address**
Crowdvest LLC
490 Wheeler Rd., Suite 150, Hauppauge, NY 11788

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** Vendor

$ 144,533.86

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

3.10 **Nonpriority creditor's name and mailing address**
Daniel Pipitone
177 Luquer Street, Brooklyn NY 11231

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** Investor

$ Unknown

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

3.11 **Nonpriority creditor's name and mailing address**
David C. Henerson
2220 South Trout Drive, Kanab UT 84741

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** Investor

$ Unknown

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

**Part 2:** **Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.12 **Nonpriority creditor's name and mailing address**
Dennis Abbott
1333 Lockwood Drive, Lafayette IN 47905

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Investor

**Date or dates debt was incurred** ________
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

3.13 **Nonpriority creditor's name and mailing address**
Dhruti Patel
10412 Monterosa Place, Manassas VA 20110

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$ Unknown

**Basis for the claim:** Investor

**Date or dates debt was incurred** ________
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

3.14 **Nonpriority creditor's name and mailing address**
Dipeshkumar Jasani
2495 Post Oak Drive, Culpeper VA 22701

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$ Unknown

**Basis for the claim:** Investor

**Date or dates debt was incurred** ________
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

3.15 **Nonpriority creditor's name and mailing address**
Ebrahim M. Rad
27922 Greenlawn Circle, Laguna Niguel CA 92677

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$ Unknown

**Basis for the claim:** Investor

**Date or dates debt was incurred** ________
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

3.16 **Nonpriority creditor's name and mailing address**
Gary Murray
605 Larkspur Drive, Fayetteville NC 28311

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$ Unknown

**Basis for the claim:** Investor

**Date or dates debt was incurred** ________
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

Debtor Wilmington Realty LLC
Name
Case number (*if known*)

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.17 **Nonpriority creditor's name and mailing address**
Harbor Homes Realty LLC
9643 Mill Hill Lane, St. Louis MO 63127

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Investor

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

3.18 **Nonpriority creditor's name and mailing address**
Jason Franzman
309 6th Street SE, Minneapolis MN 55414

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$ Unknown

**Basis for the claim:** Investor

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

3.19 **Nonpriority creditor's name and mailing address**
Jason J. Pistulka
517 Fort Lee Ct, Nolensville TN 37135

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$ Unknown

**Basis for the claim:** Investor

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

3.20 **Nonpriority creditor's name and mailing address**
Jeremy Lay
607 Sierra Ridge Ave, Pacific MO 63069

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$ Unknown

**Basis for the claim:** Investor

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

3.21 **Nonpriority creditor's name and mailing address**
Jignashu Patel
121 Martingale Dr, Hollysprings NC 27540

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$ Unknown

**Basis for the claim:** Investor

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

Debtor Wilmington Realty LLC
Name
Case number (if known)

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.22 Nonpriority creditor's name and mailing address**
Jimmy Ponder
208 Acadia Woods Drive, Thibodaux LA 70301

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Investor

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

**3.23 Nonpriority creditor's name and mailing address**
Joseph H Schoffstall
285 Blue Mountain Rd, Schuylkill Haven PA 17972

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$ Unknown

**Basis for the claim:** Investor

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

**3.24 Nonpriority creditor's name and mailing address**
Kanchanben Patel
11989 Rayborn Creek Drive, Manassas VA 20109

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$ Unknown

**Basis for the claim:** Investor

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

**3.25 Nonpriority creditor's name and mailing address**
Law Offices of Susan E. Hauser PC
64 Route 25A, PO Box 465, Shoreham, NY 11786

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$ Unknown

**Basis for the claim:** Legal

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

**3.26 Nonpriority creditor's name and mailing address**
Miten Patel
3240 Hawksbill St SW, Concord NC 28027

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$ Unknown

**Basis for the claim:** Investor

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

Debtor Wilmington Realty LLC Case number (if known)
Name

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.27 **Nonpriority creditor's name and mailing address**
Mtc Fbo Van Nguyen #1729430
3732 Presidential Drive, Palm Harbor FL 34685

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ Liquidated and neither contingent nor disputed

$Unknown

**Basis for the claim:** Investor

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

3.28 **Nonpriority creditor's name and mailing address**
Onecorp LLC
1593 Charleston Dr, Monroe NJ 08831

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$Unknown

**Basis for the claim:** Investor

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

3.29 **Nonpriority creditor's name and mailing address**
Patrick Blake
1240 India Street, Unit 501, San Diego CA 92101

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$Unknown

**Basis for the claim:** Investor

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

3.30 **Nonpriority creditor's name and mailing address**
Paul Neureuter 401k PSP
3057 Upland Place, Clemmons NC 27012

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$Unknown

**Basis for the claim:** Investor

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

3.31 **Nonpriority creditor's name and mailing address**
Pauline C Woodward
PO Box 1681, Chico CA 95927

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$Unknown

**Basis for the claim:** Investor

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.32 **Nonpriority creditor's name and mailing address**
Pramod Poojary
5245 Morningview Dr, Hoffman Estates IL 60192

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ Liquidated and neither contingent nor disputed

**Basis for the claim:** Investor

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

$ Unknown

3.33 **Nonpriority creditor's name and mailing address**
Rajendra Patel
76 John Ewer Road, Sandwich MA 02563

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** Investor

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

$ Unknown

3.34 **Nonpriority creditor's name and mailing address**
Rajendra Patel
10100 Makelys Way, Manassas VA 20110

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** Investor

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

$ Unknown

3.35 **Nonpriority creditor's name and mailing address**
Robyn Consulting Group
1126 SW 147th Ave, Pembroke Pines, FL 33027

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** Investor

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

$ Unknown

3.36 **Nonpriority creditor's name and mailing address**
Shmuel Baror
100 Barclay St. Apt. 16S, New York NY 10007

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** Investor

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

$ Unknown

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.37 **Nonpriority creditor's name and mailing address**
Sonalben A. Patel
352 Stone Mill Dr, Brunswick GA 31520

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Investor

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

3.38 **Nonpriority creditor's name and mailing address**
Steve Spencer
341 Braid Drive, Mount Juliet TN 37122

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$ Unknown

**Basis for the claim:** Investor

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

3.39 **Nonpriority creditor's name and mailing address**
The A&P Family Trust
11989 Rayborn Creek Drive, Manassas VA 20109

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$ Unknown

**Basis for the claim:** Investor

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

3.40 **Nonpriority creditor's name and mailing address**
Vipin R. Lohiya
108 Century Park Pl, Peachtree City GA 30269

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$ Unknown

**Basis for the claim:** Investor

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

3.41 **Nonpriority creditor's name and mailing address**
Wilmington Realty CV LLC
490 Wheeler Rd, Ste 150 Hauppauge NY 11788

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$ Unknown

**Basis for the claim:** Investor

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

Debtor Wilmington Realty LLC
Name
Case number (if known)

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.42 **Nonpriority creditor's name and mailing address**
Wsoz LLC
70 Crystal Springs Rd, San Mateo CA 94402

**As of the petition filing date, the claim is:** *Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Investor

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

3.__ **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$____

**Basis for the claim:** ____

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

3.__ **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$____

**Basis for the claim:** ____

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

3.__ **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$____

**Basis for the claim:** ____

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

3.__ **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$____

**Basis for the claim:** ____

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | | Line ___ ☐ Not listed. Explain ___ | ___ ___ ___ ___ |
| 4.2. | | Line ___ ☐ Not listed. Explain ___ | ___ ___ ___ ___ |
| 4.3. | | Line ___ ☐ Not listed. Explain ___ | ___ ___ ___ ___ |
| 4.4. | | Line ___ ☐ Not listed. Explain ___ | ___ ___ ___ ___ |
| 4.5. | | Line ___ ☐ Not listed. Explain ___ | ___ ___ ___ ___ |
| 4.6. | | Line ___ ☐ Not listed. Explain ___ | ___ ___ ___ ___ |
| 4.7. | | Line ___ ☐ Not listed. Explain ___ | ___ ___ ___ ___ |
| 4.8. | | Line ___ ☐ Not listed. Explain ___ | ___ ___ ___ ___ |
| 4.9. | | Line ___ ☐ Not listed. Explain ___ | ___ ___ ___ ___ |
| 4.10. | | Line ___ ☐ Not listed. Explain ___ | ___ ___ ___ ___ |
| 4.11. | | Line ___ ☐ Not listed. Explain ___ | ___ ___ ___ ___ |
| 4.12. | | Line ___ ☐ Not listed. Explain ___ | ___ ___ ___ ___ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 1,100.00 |
| 5b. **Total claims from Part 2** | 5b. | + | $ 144,533.86 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | | $ 145,633.86 |

**Fill in this information to identify the case:**

Debtor name Wilmington Realty LLC

United States Bankruptcy Court for the: ________ District of DE (State)

Case number (If known): ________ Chapter ____

❑ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ❑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   - ❑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| | 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Asset Management Agreement | Crowdvest LLC<br>490 Wheeler Road, Suite 150<br>Hauppage, NY 11788 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Leases | See attached Exhibit G(2.2) |
| | State the term remaining | Various | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement | Robyn Consulting Group<br>1126 SW 147th Ave, Pembroke Pines, FL 33027 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

# Exhibit G (2.2)

(Tenant Leases)

| | |
|---|---|
| Shanequa Batts | 1405 Corbett Street, Unit 1308A, Wilmington, NC 28401 |
| Tracy Harrington | 1405 Corbett Street, Unit 1405b, Wilmington, NC 28401 |
| Sarah M. Smith | 1405 Corbett Street, Unit 1409B, Wilmington, NC 28401 |
| Lucretia Bland | 1405 Corbett Street, Unit 1411A, Wilmington, NC 28401 |
| LaDonna Singleton | 1405 Corbett Street, Unit 1411B, Wilmington, NC 28401 |
| Savannah Johnson | 1405 Corbett Street, Unit 1413A, Wilmington, NC 28401 |
| Stephanie D. Gaines | 1405 Corbett Street, Unit 1413B, Wilmington, NC 28401 |
| Latroya Murrell | 1405 Corbett Street, Unit 1415A, Wilmington, NC 28401 |
| Arialle Tate | 1405 Corbett Street, Unit 1501A, Wilmington, NC 28401 |
| Tiffany Russ | 1405 Corbett Street, Unit 1501B, Wilmington, NC 28401 |

**Fill in this information to identify the case:**

Debtor name Wilmington Realty LLC

United States Bankruptcy Court for the: ______________ District of ______ (State)

Case number (If known): ______________

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   - ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   - ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | William DeMaio | 490 Wheeler Road, Suite 150 (Street)<br>Hauppage, NY 11788 (City State ZIP Code) | CoreVest American Finance Lender LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | Street<br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | Street<br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name Wilmington Realty LLC

United States Bankruptcy Court for the: ________________ District of ________ (State)

Case number (*If known*): ________________

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration________________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/28/2026
MM / DD / YYYY

✘ */s/ William DeMaio*
Signature of individual signing on behalf of debtor

William DeMaio
Printed name

Sole Member of Debtor's Managing Member
Position or relationship to debtor