**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Mystic Woods LLC *et al.*,[1] | ) | Case No. 26-11520-KBO |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF CHANGE FROM NO ASSET**
**TO ASSET AND REQUEST TO THE CLERK TO**
**FIX BAR DATE TO FILE CLAIMS AGAINST THE ESTATE**

JAMI NIMEROFF, the Trustee in the above captioned matter, after due inquiry, having discovered assets, hereby gives Notice that this is an Asset case. The Trustee also requests the Clerk to fix a bar date to file claims against the estate.

/s/ Jami Nimeroff
Jami Nimeroff
Interim Chapter 7 Panel Trustee
P.O. Box 194
Wilmington, DE 19899-0194
nimeroff@dech7trustee.com

Date: October 16, 2026

[1] The Debtors in these cases and the last four digits of their respective taxpayer identification numbers are as follows: Mystic Woods LLC (3974), River City Realty Fund LLC (3867), Waycross Realty Fund LLC (2293), and Wilmington Realty LLC (0628). As of the Petition Date, the Debtors' principal place of business was at 490 Wheeler Road, Suite 150, Hauppauge, NY 11788.